# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABSORPTION PHARMACEUTICALS, LLC, | Case No. 2:17-cv-00513-JCM-NJK |
| Plaintiff(s), | |
| | ORDER |
| RECKITT BENCKISER, LLC, | |
| Defendant(s). | |

Pending before the Court is Defendant's motion to stay discovery pending resolution of its motion to dismiss, filed on an emergency basis. Docket No. 20. The Court hereby **ORDERS** Plaintiff to respond no later than April 25, 2017. Any reply shall be filed no later than April 27, 2017.

IT IS SO ORDERED.

DATED: April 20, 2017.

NANCY J. KOPPE
United States Magistrate Judge