JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:   702.562.8821
JBailey@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
PAUL GARRITY (*admitted pro hac vice*)
THOMAS M. MONAHAN (*admitted pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone:  212.653.8700
pgarrity@sheppardmullin.com
tmonahan@sheppardmullin.com

*Attorneys for Defendant Reckitt Benckiser, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABSORPTION PHARMACEUTICALS, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER, LLC, a Delaware limited liability company, and DOES 1-50,<br><br>Defendants. | Case No. 2:17-cv-00513-JCM-NJK<br><br>**ORDER TRANSFERRING VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |

This matter is before the Court on defendant Reckitt Benckiser, LLC's motion to dismiss or, in the alternative, transfer venue.  (ECF No. 6.)  Plaintiff Absorption Pharmaceuticals, LLC filed a response (ECF No. 16), to which defendant replied (ECF No. 17).  Pursuant to this Court's

1. December 1, 2017 Order (ECF No. 33), this Court determined that it is appropriate to transfer
2. venue of the instant case to the United States District Court for the District of New Jersey.
3.     Accordingly,
4.     IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Clerk of the Court is
5. directed to immediately effect transfer of this case to the United States District Court for the
6. District of New Jersey.
7.     DATED December 8, 2017.

                                                       JAMES C. MAHAN
                                                       UNITED STATES DISTRICT JUDGE