UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABSORPTION PHARMACEUTICALS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER, LLC,<br><br>    Defendant. | Civil Action No. 2:17-cv-12872-MCA-JAD<br><br>SCHEDULING ORDER |

This matter having come before the Court by way of the parties' joint proposal, (ECF No. 236), concerning a schedule for Defendant/Counterclaim-Plaintiff Reckitt Benckiser's ("RB") remaining discovery on RB's Answer, Defenses, and Counterclaims, and for good cause shown:

**IT IS** on this 31st day of October, 2019,

**ORDERED THAT:**

1. RB shall complete its document production on the Counterclaims by **October 25, 2019**;

2. The parties shall complete all currently outstanding discovery on the Counterclaims by **December 6, 2019**;

3. RB shall submit opening expert reports on the Counterclaims by **December 13, 2019**;

4. Plaintiff Absorption Pharmaceuticals ("Absorption") shall submit rebuttal expert reports by **January 17, 2020**;

5. RB shall submit reply expert reports by **January 31, 2020**;

6. The Court will conduct a telephone status conference on **February 10, 2020, at 11:00 a.m.** Absorption's counsel shall coordinate the call to chambers at 973-645-2580;

7. The parties shall complete all expert discovery by **February 21, 2020**;

8. The parties shall file their joint proposed Final Pretrial Order by **March 26, 2020**; and

9. The Court will conduct a Final Pretrial Conference on **March 31, 2020**.

*[continued on next page]*

                                                                                                     _____
                                                                                                     Hon. Joseph A. Dickson, U.S.M.J.

cc: Hon. Madeline Cox Arleo, U.S.D.J.