# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ABSORPTION PHARMACEUTICALS, LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>RECKITT BENCKISER, LLC, and DOES 1-50,<br><br>      Defendants. | Civil Action No. 2:17-cv-12872 (MCA)(JSA)<br><br><br>HON. MADELINE C. ARLEO, U.S.D.J. |
| RECKITT BENCKISER, LLC and RB HEALTH (US) LLC,<br><br>      Counterclaim-Plaintiffs,<br><br>   v.<br><br>ABSORPTION PHARMACEUTICALS, LLC,<br><br>      Counterclaim Defendant. | **JOINT STIPULATION AND ORDER ADDING RB HEALTH (US) LLC AS A DEFENDANT** |

## JOINT STIPULATION AND ORDER ADDING RB HEALTH (US) LLC AS A DEFENDANT

Plaintiff Absorption Pharmaceuticals, LLC and Defendant Reckitt Benckiser, LLC, by and through their respective counsel hereby stipulate to the addition of RB Health (US) LLC, as a defendant and party to this action for all purposes.

Dated:  January 5, 2022                    Respectfully submitted,

*/s/Liza M. Walsh*
Liza M. Walsh
Christine I. Gannon
William Walsh
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel.: (973) 757-1100

Jonathan M. Weiss (*admitted pro hac vice*)
Colin G. Cabral (*admitted pro hac vice*)
PROSKAUER ROSE LLP
2029 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: 310.557.2900
Facsimile: 310.557.2193
jweiss@proskauer.com
ccabral@proskauer.com

*Attorneys for Plaintiff and Counterclaim-*
*Defendant Absorption Pharmaceuticals, LLC*

Dated:  January 5, 2022                 /s/Joseph P. LaSala
                                        Thomas R. Curtin
                                        Joseph P. LaSala
                                        MCELROY, DEUTSCH, MULVANEY
                                          & CARPENTER, LLP
                                        1300 Mount Kemble Avenue
                                        P.O. Box 2075
                                        Morristown, New Jersey 07962-2075
                                        Telephone: 973.993.8100
                                        Facsimile: 973 425 0161
                                        tcurtin@mdmc-law.com
                                        jlasala@mdmc-law.com

                                        Paul W. Garrity (*admitted pro hac vice*)
                                        Tyler E. Baker
                                        SHEPPARD MULLIN RICHTER
                                          & HAMPTON LLP
                                        30 Rockefeller Plaza
                                        New York, New York 10112 Telephone:
                                        212.653.8700 Facsimile: 212.653.8701
                                        PGarrity@sheppardmullin.com
                                        TBaker@sheppardmullin.com

                                        *Attorneys for Defendant Reckitt Benckiser, LLC*
                                        *and Counterclaim-Plaintiffs Reckitt Benckiser,*
                                        *LLC and RB Health (US), LLC*

IT IS on this ___ day of _____, 2022

ORDERED as follows:

Pursuant to the foregoing Stipulation, it is SO ORDERED, The Clerk of the Court is directed to enter this Stipulation and Order on the docket.


_____
Hon. Madeline C. Arleo, U.S.D.J.