UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                  Date:   May 9, 2022

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER:  CHARLES MCGUIRE

DEPUTY CLERK: AMY ANDERSONN

**Title of case:**                                                      **Docket No.** 17-cv-12872(MCA)

ABSORPTION PHARMACEUTICALS, LLC v. RECKITT BENCKISER, LLC.

**Appearances:**

Jonathan Weiss, Esq., for plaintiff
Colin Cabral, Esq., for plaintiff
Keisha-Ann Gray, Esq., for plaintiff
Robert Gunther, Jr., Esq., for defendant
Hallie Levin, Esq. for defendant


**Nature of Proceeding:  JURY TRIAL**

Trial w/jury moved before the Honorable Madeline Cox Arleo.
Status conference held on the record.
Jury selection commenced at 11:20 a.m.
Ordered jury drawn.
Lunch recess 1:15 p.m.-2:00 p.m.
Voir dire of jury continued.
Jurors adjourned.
Status conference held on the record.
Jury selection to continue on 5/10/22 at 9:30 a.m.


Time Commenced  <u>11:00 a.m.</u>                    Time Adjourned  <u>4:00 p.m.</u>



                                                        *Amy Andersonn*
                                                        Amy Andersonn, Deputy Clerk