UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                      Date:   May 11, 2022

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER:  CHARLES MCGUIRE

DEPUTY CLERK: AMY ANDERSONN

**Title of case:**                                                                          Docket No. 17-cv-12872(MCA)

ABSORPTION PHARMACEUTICALS, LLC v. RECKITT BENCKISER, LLC.

**Appearances:**
Jonathan Weiss, Esq., for plaintiff
Colin Cabral, Esq., for plaintiff
William Walsh, Esq., for plaintiff
Robert Gunther, Jr., Esq., for defendant
Hallie Levin, Esq. for defendant
Paul Garrity, Esq., for defendant
Peter Neiman, Esq., for defendant

**Nature of Proceeding:  JURY TRIAL**

Trial w/jury moved before the Honorable Madeline Cox Arleo.
Jury present.
Stephen Cecile Josef De Pretre continued for the plaintiff.
Jefferey Abraham sworn for plaintiff.
Lunch recess 1:15 p.m.-2:00 p.m.
Jeffrey Abraham continued.
Jury adjourned at 4:25p.m.

Trial with jury adjourned at 4:30 p.m. until 5/12/22 at 9:30 a.m.

Time Commenced 9:40 a.m.                                          Time Adjourned  4:30 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk