UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                           Date:  May 19, 2022

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER:  CHARLES MCGUIRE

DEPUTY CLERK: AMY ANDERSONN

**Title of case:**                                                                        **Docket No.** 17-cv-12872(MCA)

ABSORPTION PHARMACEUTICALS, LLC v. RECKITT BENCKISER, LLC.

**Appearances:**
Jonathan Weiss, Esq., for plaintiff
Colin Cabral, Esq., for plaintiff
Keisha-Ann Gray, Esq., for plaintiff
Robert Gunther, Jr., Esq., for defendant
Hallie Levin, Esq. for defendant
Paul Garrity, Esq., for defendant
Peter Neiman, Esq., for defendant

**Nature of Proceeding:  JURY TRIAL**

Trial w/jury moved before the Honorable Madeline Cox Arleo.
Conference held out of the jury presence.
Jury present.
Volker Sydow continued for defendant.
Kavan Stewart sworn for defendant.
Lunch recess 1:45 p.m.-2:20 p.m.
Kovan Stewart resumed.

Jury adjourned.

Trial with jury adjourned at 4:45 p.m. until 5/20/22 at 9:30 a.m.

Time Commenced 10:00 a.m.                                  Time Adjourned 4:45 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk