UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                          Date:   May 23, 2022

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER:  CHARLES MCGUIRE

DEPUTY CLERK: AMY ANDERSONN

**Title of case:**                                                                             **Docket No.** 17-cv-12872(MCA)

ABSORPTION PHARMACEUTICALS, LLC v. RECKITT BENCKISER, LLC.

**Appearances:**
Jonathan Weiss, Esq., for plaintiff
Colin Cabral, Esq., for plaintiff
Keisha-Ann Gray, Esq., for plaintiff
Liza Walsh, Esq., for plaintiff
Robert Gunther, Jr., Esq., for defendant
Hallie Levin, Esq. for defendant
Paul Garrity, Esq., for defendant
Peter Neiman, Esq., for defendant

**Nature of Proceeding:  JURY TRIAL**

Trial w/jury moved before the Honorable Madeline Cox Arleo.
Conference held out of the jury presence.
Jury present.
Dr. Tulin Erdem sworn for the defendant.
Video deposition of Corrie Mueller played by plaintiff.
Lunch recess 1:45 p.m.-2:15 p.m.
Video deposition of Zak Austin played by plaintiff.
Video deposition of Rakesh Kapoor played by plaintiff.
Jury adjourned.

Trial with jury adjourned at 3:40 p.m. until 5/24/22 at 9:30 a.m.

Time Commenced 9:30 a.m.                                         Time Adjourned 3:40 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk