UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                          Date:   June 6, 2022

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER:  CHARLES MCGUIRE

DEPUTY CLERK: AMY ANDERSONN

**Title of case:**                                                                      **Docket No.** 17-cv-12872(MCA)

ABSORPTION PHARMACEUTICALS, LLC v. RECKITT BENCKISER, LLC.

**Appearances:**
Jonathan Weiss, Esq., for plaintiff
Colin Cabral, Esq., for plaintiff
Keisha-Ann Gray, Esq., for plaintiff
Liza Walsh, Esq., for plaintiff
Robert Gunther, Jr., Esq., for defendant
Hallie Levin, Esq. for defendant
Paul Garrity, Esq., for defendant
Peter Neiman, Esq., for defendant

**Nature of Proceeding:  JURY TRIAL**

Trial w/jury moved before the Honorable Madeline Cox Arleo.
Jury present.
Jonathan Weiss continued closing for the plaintiff.
Robert Gunther closed for the defendant.
Rebuttal by Jonathan Weiss for plaintiff.
Ordered CSO Steven West sworn.
Lunch Ordered for 9 jurors at the government's expense.
Jury retired to deliberate.
Jury Note #1 (1:55 p.m.)
Jury present (2:15 p.m.)
Jury note #2 (4:34 p.m.)
Jury present (4:55 p.m.)
Jury note #3 (5:50 p.m.)
Jury Present (6:00 p.m.)

Trial with jury adjourned at 6:00 p.m. until 6/8/22 at 9:30 a.m.

Time Commenced <u>9:45 a.m.</u>     Time Adjourned <u>6:00 p.m.</u>

*Amy Andersonn*
Amy Andersonn, Deputy Clerk