

1:55pm

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

ABSORPTION PHARMACEUTICALS, LLC

　　　　　　　　　　　　　　　　Docket # 17-cv-12872(MCA)

　　　　v.

RECKITT BENCKISER, LLC

　　　　　　　　　　　　Jury Communication # 1

1) Are we allowed to have a copy of ~~NSA~~ a NDA?

2) If not, what was the term^length of the NDA? (Start to end date)

Date: 6/6/22　　　　　Foreperson _

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

ABSORPTION PHARMACEUTICALS, LLC

Docket # 17-cv-12872(MCA)

v.

RECKITT BENCKISER, LLC

Jury Communication # 2

~~What is the timeframe we are determining misappropriation? After Jan, 21, 2015 or on/After May 11, 2016?~~

1) What are the dates of misappropriation that we are reviewing?  2) What is the significance of may 11, 2016?

Date: 6/6/22                    Foreperson

5:50 PM

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

ABSORPTION PHARMACEUTICALS, LLC

                                         Docket # 17-cv-12872(MCA)

        v.

RECKITT BENCKISER, LLC

                                         Jury Communication # 3

We are done for the day!

\* May we have a large white board too?

Date: 6/6/22                 Foreperson ___