# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABSORPTION PHARMACEUTICALS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER, LLC and RB HEALTH (US) LLC,<br><br>    Defendants. | Civil Action No. 2:17-cv-12872 (MCA) |

## VERDICT SHEET

## Question 1: Misappropriation of Trade Secrets

(a) Did Absorption prove by a preponderance of the evidence that Absorption owned one or more of trade secrets, i.e., information that derived independent economic value as a result of being secret and that Absorption took reasonable measures to keep secret.

Yes_____    No__X__

**If the answer to Question 1(a) is No, skip to Question 2**
**If the answer to Question 1(a) is Yes, answer Questions 1(b), 1(c), 1(d), 1(e), and 1(f)**

(b) (i) Did Absorption prove by a preponderance of the evidence that Reckitt knowingly misappropriated Absorption's trade secret(s) by improper "acquisition."

Yes_____    No_____

(ii) If you found that Reckitt improperly acquired Absorption's trade secret(s), did Reckitt improperly acquire Absorption's trade secret(s) on or after May 11, 2016?

Yes_____    No_____

(c) (i) Did Absorption prove by a preponderance of the evidence that Reckitt knowingly misappropriated Absorption's trade secret(s) by improper "use" under federal law?

Yes_____    No_____

(ii) If you found Reckitt improperly used Absorption's trade secret(s), did Reckitt improperly use or continue to use Absorption's trade secret(s) on or after May 11, 2016?

Yes_____    No_____

(d) Did Absorption prove by a preponderance of the evidence that Reckitt knowingly misappropriated Absorption's trade secret(s) by improper "use" under state law?

Yes_____    No_____

(e) (i) Did Absorption prove by a preponderance of the evidence that Reckitt knowingly misappropriated Absorption's trade secret(s) by improper "disclosure" under federal law?

Yes_____    No_____

    (ii)    If you found Reckitt improperly disclosed Absorption's trade secret(s), did Reckitt improperly disclose Absorption's trade secret(s) on or after May 11, 2016?

            Yes_____   No_____

(f)    Did Absorption prove by a preponderance of the evidence that Reckitt knowingly misappropriated Absorption's trade secret(s) by improper "disclosure" under state law?

      Yes_____   No_____

**If the answer to Questions 1(b), 1(c), OR 1(e) was Yes, answer Question 1(g) Otherwise, proceed to Question 2**

(g)    Did Absorption prove by a preponderance of the evidence that the trade secrets Reckitt misappropriated relate to a product intended for use in interstate or foreign commerce.

      Yes_____   No_____

**Proceed to Question 2.**

**Question 2: Fraud**

Did Absorption prove by clear and convincing evidence that:

(a) Reckitt knowingly made a material representation of presently existing or past fact to Absorption or omitted material facts that were necessary to make a prior representation true;

Yes _____ No __X__

**If the answer to Question 2(a) is No, skip to the bottom of Question 2**
**If the answer to Question 2(a) is Yes, answer Question 2(b)**

(b) Absorption reasonably relied on the misrepresentation or omission;

Yes _____ No _____

**If the answer to Question 2(b) is No, skip to the bottom of Question 2**
**If the answer to Question 2(b) is Yes, answer Question 2(c)**

(c) Absorption was damaged as a result of its reasonable reliance on the misrepresentation or omission?

Yes _____ No _____

**If you found that Reckitt misappropriated Absorption's trade secrets or committed fraud, proceed to Question 3. Otherwise STOP and proceed no further.**

**Question 3: Damages**

(a) If you found that Reckitt misappropriated Absorption's trade secrets, please state the amount that would compensate Absorption for the misappropriation.

$ _____

(b) If you awarded damages for misappropriation of trade secrets, please indicate whether your award represents actual losses or a reasonable royalty.

Actual Losses _____    Reasonable Royalty _____

(c) If you found that Reckitt committed fraud against Absorption, please state the amount that would compensate Absorption for the fraud.

$ _____

**Signed** _____     **Date:** 6/8/22