IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABSORPTION PHARMACEUTICALS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER, LLC and RB HEALTH (US) LLC,<br><br>    Defendants. | Civil Action No. 2:17-cv-12872 (MCA) (JSA) |

**FINAL JUDGMENT**

**WHEREAS**, on February 21, 2017, Plaintiff Absorption Pharmaceuticals, LLC ("Absorption") brought this action against Defendant Reckitt Benckiser, LLC for alleged fraud, federal- and state-law trade secret misappropriation, intentional interference with contract, and tortious interference with prospective economic advantage, Dkt. 1;

**WHEREAS**, on June 25, 2020, the Court granted Defendant's motion for summary judgment as to Absorption's claims for intentional interference with contract (Count IV) and tortious interference with prospective economic advantage (Count V), Dkt. 283;

**WHEREAS**, on January 11, 2022, the parties stipulated to the addition of RB Health (US) LLC as a defendant and party to this action for all purposes, Dkt. 380;

**WHEREAS,** on June 8, 2022, the jury returned a verdict in favor of Defendants on Absorption's fraud claim (Count I) and federal- and state-law trade secret misappropriation claims (Counts II & III), Dkt. 459;

**WHEREAS,** Absorption withdraws its motion for its request for an award of attorney's fees and sanctions against RB as to the filing of its counterclaims. Dkts. 319, 320 at 1-11;

**WHEREAS,** Reckitt hereby waives its right to recover costs under Federal Rule of Civil Procedure 54(d)(1);

**ACCORDINGLY IT IS ORDERED** that:

1. Final judgment is hereby entered in favor of Defendants and against Absorption on all claims; and

2. Absorption shall not recover damages or obtain other relief against Defendants in this matter;

3. Each Party shall bear its own fees and costs.

**IT IS SO ORDERED** this 25th day of July, 2022.

_____
**HON. MADELINE COX ARLEO**
United States District Judge